```
                                              CLERK'S OFFICE U.S. DIST. COURT
                                                    AT ROANOKE, VA
                                                         FILED
```

IN THE UNITED STATES DISTRICT COURT                    JUL 25 2006
FOR THE WESTERN DISTRICT OF VIRGINIA          JOHN F. CORCORAN, CLERK
          ROANOKE DIVISION                     BY:
                                                    DEPUTY CLERK

| | |
|---|---|
| JAMES BOYD, ) | |
|     Plaintiff, ) | Civil Action No. 7:06cv00445 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ) | |
| C.O. PAYNE, ) | By: Samuel G. Wilson |
|     Defendant. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 24th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE